**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**
**SOUTHERN DIVISION - DETROIT**

**In the Matter of**:                            }
                                                 }    Case No. 19-40418
                                                 }
VERGIE JAMES VASSER                              }
                                                 }    Chapter 13
                                                 }    Judge Tucker
**Debtor(s)**                                    }
_____/

Amended Debtor's Chapter 13 Confirmation Hearing Certificate
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. __X_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

Trustee Objections: The Debtor believes the Trustee's objections are resolved with the documents he provided.

Issues:

Creditor # 1: Freedom Morgtge, the Debtor is resolved with this creditor.
Objections:
Issues:
Creditor# 3:
Issues:

3. ___ Request an adjournment of the confirmation hearing to _____, 2019, due to the following good cause: to give the Debtors time to get caught up on their direct pay mortgage.

4. ___ Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.Bankr.R.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket.]

5. ___ Convert the case to chapter 7. [The Court will construe this as a notice by the debtor to convert to chapter 7 under Fed.Bankr.R.P. 1017(f)(3), and the Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ___ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

    /s/ Glen Turpening  
Frego & Associates-The Bankruptcy Law Office, P.L.C.  
23843 Joy Rd.  
Dearborn Heights, MI 48127  
313.724.5088  
fregolaw@aol.com  
Glen T. Turpening (P65230)